United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 25, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-40006
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GERARDO RODRIGUEZ-ESPINOZA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-02-CR-461-ALL
--------------------

Before DeMOSS, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender (FPD), appointed counsel for

Gerardo Rodriguez-Espinoza, has moved for leave to withdraw and

has filed a brief as required by Anders v. California, 386 U.S.

738 (1967). Rodriguez-Espinoza has not filed a response. Our

independent review of the brief and the record discloses no

nonfrivolous issue in this direct appeal. Accordingly, the

motion for leave to withdraw is GRANTED, counsel is excused from

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

further responsibilities herein, and Rodriguez-Espinoza's APPEAL

IS DISMISSED.  See 5TH CIR. R. 42.2.